FILED: February 14, 2017

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-2307
(3:16-cv-00128-CMC)
(14-05589-dd)

_____

In re: GARY ALLEN WASHINGTON; MICHELLE ANNE WASHINGTON

  Debtors

-------------------------------

GARY ALLEN WASHINGTON; MICHELLE ANNE WASHINGTON

  Debtors - Appellants

v.

SOUTH CAROLINA COMMUNITY BANK; FEDERAL NATIONAL MORTGAGE ASSOCIATION

  Creditors - Appellees

US TRUSTEE

  Trustee - Appellee

_____

O R D E R

_____

The court grants the motion to extend filing time and extends the time for

filing the corrected appendix to 02/16/2017 .

For the Court--By Direction

<u>/s/ Patricia S. Connor, Clerk</u>