## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

March 6, 2017

_____

RULE 45 NOTICE-BRIEF/APPENDIX

_____

No.   16-2307,   <u>Gary Washington v. South Carolina Community Bank</u>
                 3:16-cv-00128-CMC, 14-05589-dd

TO:   Alexander B. Wathen

**BRIEFING DOCUMENT DUE:** 03/21/2017

The court has not received the corrected briefing document(s) identified below, which are now overdue under this court's briefing order. Please take notice that the court will dismiss this case for failure to prosecute pursuant to Local Rule 45 unless the corrected document(s) and a motion to extend filing time are received in the clerk's office, or the default is otherwised remedied, within 15 days of the date of this notice. The deadlines for any subsequent briefs will be extended after filing of the past-due brief.

---

[ X ] Corrected opening brief

---

[  ] Corrected appendix

---

[  ] Corrected opening brief and corrected appendix

---

[  ] Corrected opening/response brief

---

[  ] Corrected supplemental opening brief

---

Joy Hargett Moore, Deputy Clerk
804-916-2702