FILED: April 3, 2017

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-2307
(3:16-cv-00128-CMC)
(14-05589-dd)

_____

In re: GARY ALLEN WASHINGTON; MICHELLE ANNE WASHINGTON

      Debtors

-------------------------------

GARY ALLEN WASHINGTON; MICHELLE ANNE WASHINGTON

      Debtors - Appellants

v.

SOUTH CAROLINA COMMUNITY BANK; FEDERAL NATIONAL MORTGAGE ASSOCIATION

      Creditors - Appellees

US TRUSTEE

      Trustee - Appellee

_____

O R D E R
_____

The court grants an extension of the briefing schedule as follows:

Response brief due: 04/10/2017

Any reply brief: 14 days from service of response brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk